JS 45 (4/24) Electronic Version

# Criminal Case Cover Sheet – U.S. District Court

26   CR   001   JDP

## Place of Offense:

City:  Parkland

County/Parrish:  Douglas

## Related Case Information:

Superseding _____   Docket Number _____

Same Defendant _____   New Defendant _____

Magistrate Judge Case Number  25-mj-198

Search Warrant Case Number _____

R 20 / R40 from District of _____

## Defendant information:

Matter to be Sealed  __✓__ Yes   ____ ____ No

Def. Name:  Tyler Vidovic

Alias Name: _____

City/State:  Chisholm/MN

Year of Birth:  2001        Last 4 digits of SSN  9878

Sex:        M        Race:        W

## U.S. Attorney Information:

AUSA:  TAYLOR L. KRAUS        Bar #: _____

Interpreter:  __✓__ No    ____ Yes    List language and/or dialect: _____

## Location Status:

Arrest Date: _____

____ Already in Federal Custody as of: _____ in _____

____ Already in State Custody

____ On Pretrial Release

## U.S.C. Citations:

Total # of Counts:  1        ____ Petty    ____ Misdemeanor    _✓_ Felony

____ Class A

____ Class B

____ Class C

|  | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. sec. 2423(a) | Transportation of a minor with intent to engage in criminal sexual activity | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

Date:  January 7, 2026        Signature of AUSA  /s/  TAYLOR L. KRAUS