IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FILED/REC'D

2026 JAN -7 P 3: 38

CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

UNITED STATES OF AMERICA

v.

TYLER VIDOVIC,

Defendant.

SEALED INDICTMENT

Case No. 26 CR 001 JDP

18 U.S.C. § 2423(a)

THE GRAND JURY CHARGES:

COUNT 1

On or about September 18, 2025, in the Western District of Wisconsin and elsewhere, the defendant,

TYLER VIDOVIC,

knowingly transported Minor A, an individual who had not attained the age of 18 years, in interstate commerce from Wisconsin to Minnesota, with the intent that Minor A engage in sexual activity for which any person can be charged with a criminal offense, namely, sexual misconduct in the third degree, a violation of Minnesota Statute 609.344(1a)(b).

(In violation of Title 18, United States Code, Section 2423(a)).

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 1/7/2026

_____
CHADWICK M. ELGERSMA
Acting United States Attorney