PS 8
(WIWP 2021)

# UNITED STATES DISTRICT COURT

for

Western District of Wisconsin

U.S.A. vs.    U.S. v. Tyler Vidovic    Docket No. 26-cr-1-jdp

**Petition for Action on Conditions of Pretrial Release**

COMES NOW    Ryan Plender    , pretrial services/probation officer, presenting an official report upon the conduct of defendant    Tyler Vidovic    , who was placed under pretrial release supervision by the Honorable    Anita Marie Boor    , sitting in the court at    Madison, Wisconsin,    on the    3rd    date of    March    ,    2026 under the following conditions:

Condition No. 7(m): The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical provider.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On January 20, 2026, the defendant was ordered released on conditions by Magistrate Judge Douglas Micko sitting in the District of Minnesota, including conditions the defendant reside at a halfway house and that he not use any narcotic drugs. A halfway house bed became available for the defendant on March 5, 2026, in the District of Minnesota. The defendant was released by this Court to the release order entered on January 20, 2026, with additional conditions requiring the defendant be released on March 5, 2026, and the defendant's father transport the defendant directly to the halfway house after he is placed on GPS location monitoring at the U.S. Probation Office.

The defendant provided urine samples that tested positive for marijuana on March 5, March 15, March 24, April 8, and April 29, 2026. The defendant provided a urine sample that tested negative for all controlled substances on April 24, 2026. The defendant reported being a regular user of marijuana at his pretrial services interview in the District of Minnesota on January 14, 2026. He denies any marijuana use since his release from custody. The national laboratory confirmed all five positive test results. The intervening negative drug test indicates a likelihood the defendant engaged in new marijuana use while at the halfway house.

Pretrial Services in the District of Minnesota is providing courtesy supervision of the defendant. They are willing to continue to supervise the defendant at this time. It is respectfully recommended these violations be addressed with the addition of a condition requiring a substance use assessment and participation in any treatment recommended as a result of the assessment.

The government has been informed of these violations and the recommendation. The government is requesting a hearing to address these violations.

PRAYING THAT THE COURT WILL ORDER: the following condition be added:

Condition No. 20: Defendant shall undergo an Alcohol and Other Drug Assessment at the direction of Pretrial Services and shall comply with any instructions or directions given by Pretrial Services as a result of the assessment.

ORDER OF COURT

Considered and ordered this ___18th___ day of ___May___ , 20 _26_ and ordered filed and made a part of the records in the above case.

s/ Anita M. Boor
_____
U.S. District Judge/Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

Ryan Plender
_____
U.S. Pretrial Services/Probation Officer

Place _____ Madison, Wisconsin _____