PS 8
(WIWP 2021)

# UNITED STATES DISTRICT COURT

for

Western District of Wisconsin

U.S.A. vs.        U.S. v. Tyler Vidovic                    Docket No.  26-cr-1-jdp

### Petition for Action on Conditions of Pretrial Release

COMES NOW            Ryan Plender            , pretrial services/probation officer, presenting an official report upon the conduct of defendant            Tyler Vidovic            , who was placed under pretrial release supervision by the Honorable            Anita Marie Boor            , sitting in the court at        Madison, Wisconsin,      on the      3rd      date of            March            ,      2026      under the following conditions:

Condition No. 1: The defendant must not violation any federal, state, or local law while on release.

Condition No. 7(m): The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical provider.

Condition No. 7(v): The defendant must not associate with persons under the age of 18 except in the presence of a responsible adult who is aware of the nature of the defendant's background and the current offense and who has been approved by the supervising officer. This condition shall not apply to Mr. Vidovic's minor daughter.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On January 20, 2026, the defendant was ordered released on conditions by Magistrate Judge Douglas Micko sitting in the District of Minnesota, including conditions the defendant reside at a halfway house and that he not use any narcotic drugs. A halfway house bed became available for the defendant on March 5, 2026, in the District of Minnesota. The defendant was released by this Court to the release order entered on January 20, 2026, with additional conditions requiring the defendant be released on March 5, 2026, and the defendant's father transport the defendant directly to the halfway house after he is placed on GPS location monitoring at the U.S. Probation Office. On May 18, 2026, a violation report was filed noting the defendant's positive drug tests. A condition was added requiring the defendant to participate in a substance abuse treatment assessment.

The defendant provided urine samples that tested positive for marijuana on May 5, May 16, and May 22, 2026. The national laboratory confirmed all three positive test results.

On June 10, 2026, the defendant was arrested by the Duluth Police Department on new criminal sexual contact offenses. The arresting officer reported the defendant was arrested on multiple counts of production of child sexual abuse material and possession of child sexual abuse material. Two new victims have been identified. It is noted the alleged conduct predate the defendant's release on pretrial conditions. The defendant is presently in custody in the St. Louis County, Minnesota, Jail. State prosecutors in Minnesota will be filing charges against the defendant on Friday, June 12, 2026.

The arresting officer reported defendant had contact with one of the minor victims, a 16-year-old girl. The minor victim reported the defendant attempted to speak with her on multiple occasions at the transit center located in Duluth, Minnesota, during the week of May 4, 2026. On May 8, 2026, the defendant made physical contact with the minor victim by walking up behind her and grabbing her thong underwear that she was wearing.

Due to the defendant's arrest, Pretrial Services in the District of Minnesota has terminated courtesy supervision of the defendant. The defendant does not currently have a viable release plan. It is respectfully requested a warrant be issued to serve as a detainer.

The government and defense counsel have been informed of these violations and the recommendation.

PRAYING THAT THE COURT WILL ORDER: a warrant be issued to serve as a detainer.

ORDER OF COURT

Considered and ordered this _____10th_____ day of _____June_____ , 20 _26_ and ordered filed and made a part of the records in the above case.

_/s/ Anita Marie Boor_

U.S. District Judge/Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____June 10, 2026_____

_____Ryan Plender_____

U.S. Pretrial Services/Probation Officer

Place _____Madison, Wisconsin_____