AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Wisconsin

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   26-cr-1-jdp |
| Tyler Vidovic | ) | |
| | ) | |
| | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     Tyler Vidovic                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment        ❒ Superseding Indictment        ❒ Information        ❒ Superseding Information        ❒ Complaint
❒ Probation Violation Petition        ☑ Supervised Release Violation Petition        ❒ Violation Notice        ❒ Order of the Court

This offense is briefly described as follows:

Violations of pretrial release conditions.

Date:      06/10/2026                                         /s/ Anita Marie Boor
                                                                                    _Issuing officer's signature_

City and state:      Madison, WI                         Anita Marie Boor, U.S. Magistrate Judge
                                                                                    _Printed name and title_

| **Return** |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____                                         _____ |
| _Arresting officer's signature_ |
| _____ |
| _Printed name and title_ |