

**U.S. Department of Justice**

*United States Attorney's Office*
*Western District of Wisconsin*

*Telephone 608/264-5158*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

<u>Address:</u>
*222 W. Washington Avenue*
*Suite 700*
*Madison, Wisconsin 53703*

July 2, 2026

Magistrate Judge Anita Marie Boor
United States Courthouse
120 North Henry Street
Madison, WI 53703

> Re:     *United States v. Tyler Vidovic*
>         Case No:  26-cr-1-jdp

Dear Magistrate Judge Boor:

The United States respectfully requests a telephonic status be scheduled in this case, *United States v. Tyler Vidovic.* The government has conferred with Attorney Cardamone, who joins in this request, and proposes the hearing be set for Wednesday July 8th, at 9 am, or anytime the Court is available that morning.

The purpose for the hearing is for the parties to provide a basis for a joint request that the trial date currently set on August 24th, 2026, be either adjourned to a later date or struck from the calendar.

Very truly yours,

CHADWICK M. ELGERSMA
United States Attorney

By:        /s/
KATHRYN GINSBERG
Assistant United States Attorney