

**U.S. Department of Justice**

*United States Attorney*
*Western District of Wisconsin*

Telephone 608/264-5158
Administrative Facsimile 608/264-5183
Civil Division Facsimile 608/264-5724
Criminal Division Facsimile 608/264-5054

Address:
222 West Washington Avenue, Suite 700
Madison, Wisconsin 53703

July 10, 2026

Guy Cardamone
Federal Defender Services of Wisconsin, Inc.
22 East Mifflin Street, Suite 1000
Madison, Wisconsin 53703

   Re: *United States v. Tyler Vidovic*
     Case No:  26-cr-1-jdp

Dear Attorney Cardamone:

  The discovery in this case is being provided to you today via our USA File Exchange (USAfx) file sharing platform.  Included with this discovery is a log which lists all the discovery items. These items are Bates labeled VIDOVIC_002188-002207.

  If you have any questions regarding this matter, please do not hesitate to contact me.

      Very truly yours,

      CHADWICK M. ELGERSMA
      United States Attorney


     By:   /s/
      KATHRYN GINSBERG
      Assistant United States Attorney


Enclosure