FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.
LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Guy Cardamone, Madison Supervisor
John W. Campion
Alexandra Douglas
Ramuel R. Figueroa
Matthew Giesfeldt
Jonathan Greenberg
Gabriela A. Leija
Julie K. Linnen
Colin McGinn
Dennise Moreno
Tom Phillip
Elena Schultz
Alex Vlisides

22 East Mifflin Street
Suite 1000
Madison, Wisconsin 53703

Telephone 608-260-9900
Facsimile 608-260-9901

October 29, 2026

The Honorable Anita Boor
United States Magistrate Judge
120 N. Henry Street
Madison, Wisconsin 53703

Re: *United States v. Tyler Vidovic*
Case No. 26-cr-00001-jdp

Dear Judge Boor,

The parties write jointly to update you on the status of this case and to propose a plan for scheduling.

As you know, Mr. Vidovic was arrested in Minnesota on a separate but related case, and he remains in primary state custody there. The government and I have been working with the Minnesota prosecutor and Mr. Vidovic's state defense counsel toward a global resolution of his criminal matters, and we have good reason to believe we'll get there. Under that plan, the Minnesota case, as his primary custodial matter, would be resolved first, with the federal case to follow.

The Minnesota case is set for a status hearing in mid-November, where we expect the terms of the state disposition to be worked out. That should allow us to resolve this case shortly afterward.

With that timeline in mind, we respectfully ask that the Court set a telephonic status conference during the first two weeks of January. Thank you for your patience, and please let us know if another time would better suit the Court's calendar.

Respectfully,

/s/ *Guy J Cardamone*

Guy J Cardamone
Supervisory Associate Federal Defender

Cc: AUSA Elizabeth Altman